UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-05644-SPG-PD | Date | April 6, 2026 |
| Title | Nationwide Mutual Insurance Company v. Broan Nutone, LLC et al. | | |

Present: The Honorable    SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) NOTICE OF DISMISSAL**

Plaintiff has filed a document entitled Stipulation of Dismissal. *See* (ECF No. 19). The parties' joint agreement to dismiss the case with prejudice is sufficient under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to close the case. (JS-6). Accordingly, the Court DENIES the proposed order as moot. *See* (ECF No. 19 at 3). All pending dates are vacated and taken off calendar.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg